RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 11/2/07
GB

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| GERALD BRASSEUX | CIVIL ACTION NO. 07-1017 |
| VERSUS | JUDGE HAIK |
| BOIS d'ARC OFFSHORE, LTD., BOIS d'ARC OIL & GAS COMPANY, LLC, EXCELL CRANE & HYDRAULICS, INC., LIN-BAR MARINE, INC. AND LIN-BAR LEASING, LLC | MAG. JUDGE METHVIN |

## RULING

Pending before the Court is a Motion to Set Aside Entry of Default [15], filed by Defendant, Excell Crane & Hydraulics. In its Motion, Defendant demonstrates that good cause exists to set aside the default judgment entered against Excell Crane & Hydraulics. Good cause in the instant matter stems from defense counsel's receipt of untimely notice of the institution of the present suit. Further, defendant states that its failure to timely respond to this suit did not result from willful or intentional conduct, nor disregard for the Court or these proceedings. Additionally, counsel for defendant took immediate corrective action upon learning that default had been entered by filing the instant Motion to Set Aside Entry of Default; Plaintiff does not oppose the Motion. Thus, the Motion to Set Aside Entry of Default [15] is hereby GRANTED.

Thus done and signed this 2nd day of November, 2007.

UNITED STATES DISTRICT COURT JUDGE